IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

HOGAR CRISTY DE MAYAGÜEZ, INC.          CASE NO. 20-01345-EAG7

                                        CHAPTER 7  NO ASSET
**DEBTOR**
* * * * * * * * * * * * * * * * * *

## ANSWER TO ORDER

TO THE HONORABLE COURT:

Now comes debtor, through the undersigned attorney and very respectfully sets forth and prays as follows:

1. That this Honorable Court ordered the debtor to inform the necessity of an appointment of an ombudsman for the protection of patients in the present case.

2. That Mr. Rufino Soto-Román, the president of the corporation, Hogar Cristy de Mayagüez, Inc., the above-captioned debtor, informed us that the corporation operated from the year 2011 until February 2019. As of today, this corporation is not operating, so there is no need for the appointment of an Ombudsman.

**WHEREFORE**, the debtor respectfully requests from this Honorable Court to take notice of the above.

**RESPECTFULLY SUBMITTED.**

In Cabo Rojo, Puerto Rico, this 6th day of May, 2020.

I HEREBY CERTIFY that this document has been electronically filed on this date through the Court CM/ECF System which will notify the Chapter 7 Trustee, Roberto Román Valentín, Esq. and I hereby certify that a copy of the foregoing motion has been served upon all parties in interest non CM/ECF participants as per attached master address list.

S/ ANGEL M. ROMAN ONGAY, ESQ.
ATTORNEY FOR DEBTOR
USDC 212202
B-45 EXT. LA CONCEPCION
CABO ROJO, P.R. 00623
TEL/FAX 787-265-8270 & 787-851-5872
E-mail: mitchroman@hotmail.com

```
Label Matrix for local noticing          HOGAR CRISTY DE MAYAGUEZ INC           US Bankruptcy Court District of PR
0104-2                                   204 CALLE CRISTY                       Jose V Toledo Fed Bldg & US Courthouse
Case 20-01345-EAG7                       MAYAGUEZ, PR 00682-2960                300 Recinto Sur Street, Room 109
District of Puerto Rico                                                         San Juan, PR 00901-1964
Ponce
Wed May  6 13:13:46 AST 2020

AMERICAN EXPRESS                         AUTORIDAD ACUEDUCTOS ALCANTARILLADOS   DEPT OF TREASURY PR
PO BOX 981535                            PO BOX 70101                           BANKRUPTCY SECTION (424-B)
EL PASO, TX 79998-1535                   SAN JUAN, PR  00936-8101               PO BOX 9024140
                                                                                SAN JUAN PR 00902-4140


MCKENZIE CAPITAL                         PR ELECTRIC POWER AUTHORITY            ANGEL MIGUEL ROMAN ONGAY
3390 MARY STREET STE 216                 PO BOX 364267                          B-45 EXT LA CONCEPCION
MIAMI FL 33133-5258                      SAN JUAN, PR  00936-4267               CABO ROJO, PR 00623



MONSITA LECAROZ ARRIBAS                  ROBERTO ROMAN VALENTIN                 End of Label Matrix
OFFICE OF THE US TRUSTEE (UST)           US TRUSTEES OFFICE                     Mailable recipients    10
OCHOA BUILDING                           PO BOX 9024003                         Bypassed recipients     0
500 TANCA STREET  SUITE 301              SAN JUAN, PR 00902-4003                Total                  10
SAN JUAN, PR 00901
```